## GRAIN DEALERS MUTUAL INS. CO. v. LONG

No. 516PA91

Case below: 104 N.C.App. 310

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## HELMS v. YOUNG-WOODARD

No. 28P92

Case below: 104 N.C.App. 746

Motion by plaintiff to dismiss appeal by defendants (Linda and Caroline Alexander) for lack of substantial constitutional question allowed 4 March 1992. Petition by defendants (Linda and Caroline Alexander) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## HOLLOWAY v. WACHOVIA BANK AND TRUST CO.

No. 11PA921

Case below: 104 N.C.App. 631

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## IN RE PAPER WRITING OF VESTAL

No. 38P92

Case below: 104 N.C.App. 739

Petition by caveators for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## LEONARD v. N.C. FARM BUREAU MUT. INS. CO.

No. 40A92

Case below: 104 N.C.App. 665

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 4 March 1992.